### EX PARTE HARRIS.

(Decided Feb. 11, 1913.)

Original petition in Court of Appeals.

DENSON & DENSON, for appellant.

Per curiam. Appeal dismissed for want of prosecution.

---

### EX PARTE HOLLEY.

(Decided Feb. 11, 1913.)

Original petition in Court of Appeals.

DENSON & DENSON, for appellant.

Per curiam. Appeal dismissed for want of prosecution.

---

### LADD & GRAY V. FLEMING.

(Decided Feb. 11, 1913.)

APPEAL from Choctaw Circuit Court.

Heard before Hon. JOHN T. LACKLAND.

GRAY & BOSWELL, for appellant. W. A. GUNTER, for appellee.

Per curiam. Affirmed on motion.

---

### LOVE V. THE STATE.

(Decided Feb. 13, 1913.)

APPEAL from Morgan Law and Equity Court.

Heard before Hon. THOMAS W. WERT.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—No error is found in the record. Affirmed.